50 A.3d 1253

In re COMMONWEALTH of Pennsylvania

v.

Taron NEAL.

Petition of Berto M. Elmore.

Supreme Court of Pennsylvania.

Aug. 17, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of August, the Petition for Expedited Writ of Prohibition is hereby DENIED.